
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 93-00020-001 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| JOSEPH BENNIE CRUZ, | ) | |
| Defendant. | ) | |

    Joseph B. Cruz was sentenced on December 17, 1993 by the Honorable John S. Unpingco for Conspiracy to Commit Extortion Under Color of Official Right, in violation of 18 U.S.C. § 1951, and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§ 371 and 1956. He received 87 months incarceration followed by three years supervised release. Conditions of supervised release include that he not commit another federal, state, or local crime; not illegally possess a controlled substance; comply with the standard conditions of supervision; and pay a $100 special assessment fee. Mr. Cruz was released from the Bureau of Prisons on May 5, 2000, however, his supervised release was tolled due to a detainer in a local criminal case. His term of supervised release commenced on March 30, 2006.

    Mr. Cruz has requested to travel to Beaverton, Oregon visit and assist in the care of his wife, Josephine Cruz. Mrs. Cruz resides in Evergreen Portland, a skilled nursing facility, due to a myriad of complex medical conditions. He wishes to travel as soon as authorized. Mr. Cruz is a Government of Guam retiree who earns approximately $20,648 per year. He will obtain a residence as soon as he is authorized to travel. His daughter, Francine Cruz, resides a 144685 SW Osprey Drive, Apt 1117, Beaverton, Oregon, telephone number (503) 516-2439. Ms. Cruz has been assisting in the care of her mother, and is willing to assist her father in obtaining a residence near the nursing facility. A transfer of supervision request has been forwarded to the District of Oregon Probation Office.

Request to Travel
Re: CRUZ, Joseph B.
USDC Cr. Cs. No. 93-00020-001
May 2, 2006
Page 2

Mr. Cruz's has complied with all conditions and instructions imposed on him thus far. He paid his $100 special assessment fee on December 30, 2006. In addition, on March 30, 2006, Mr. Cruz was released on a three year parole term in Superior Court of Guam Criminal Case Number CF119-90. On April 3, 1992, a jury found him guilty of one count of Tampering with Public Records, one count of Conspiracy to Commit Theft, three counts of Tampering with a Public Record, and one count of Official Misconduct. On September 2, 1992, he was sentenced to five years imprisonment for Conspiracy to Commit Theft and three years imprisonment for each count of Tampering with a Public Record, to be served concurrently to each other, but consecutive to the five year sentence. In addition, he was ordered to pay a $5,000 fine. According to Chief Parole Officer Michael Quinata, if Mr. Cruz is authorized to travel to Oregon, he will be on unsupervised parole concurrent to his U.S. District Court case. This Officer supports the travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: JOHN W. SAN NICOLAS II
U. S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File