| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**ORIGINAL**



Joseph Bennie Cruz
UDC Cr.Cs.#93-00020-001
SS# XXX-XX-1023
DOB: XX/XX/1939
HT: 5 ft 5 in
WT: 170 lbs

DATE **May 2, 2006**

**FILED**
DISTRICT COURT OF GUAM
MAY - 2 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO **Beaverton, Oregon**

LEAVING **May 3, 2006** AND RETURNING **June 2, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**PURPOSE OF THIS TRIP:**

Visit his wife, who is in a skilled nursing facility with a myriad of complex medical conditions.

**SPECIAL INSTRUCTIONS:** (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall report to U.S. Probation Officer Kim King (Oregon (503) 326-8650) within 72 hours upon arrival in Oregon;

2. You shall abide by your conditions of probation while in Beaverton, Oregon;

3. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

4. You shall call your probation officer if you change accommodation/location; and

5. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

**RECEIVED**
MAY - 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

John W. San Nicolas II
UNITED STATES PROBATION OFFICER

NAME **Mr. Eric P. Suing, CUSPO**
ADDRESS **340 Mark O. Hatfield U.S. Courthouse**
**1000 Southwest Third Ave, Portland, OR**

[X] APPROVED [ ] DISAPPROVED

~~Designated Judge~~
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE