**IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 93-00020-001 |
| Plaintiff, | ) | |
| | ) | **SPECIAL REPORT** |
| vs. | ) | |
| JOSEPH B. CRUZ, | ) | |
| Defendant. | ) | |

**Re:    Request for Early Termination from Supervised Release**

      Joseph B. Cruz was sentenced on December 17, 1993 by the Honorable John S. Unpingco for Conspiracy to Commit Extortion Under Color of Official Right, in violation of 18 U.S.C. § 1951, and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§ 371 and 1956. He received 87 months incarceration followed by three years supervised release. Conditions of supervised release include that he not commit another federal, state, or local crime; not illegally possess a controlled substance; comply with the standard conditions of supervision; and pay a $100 special assessment fee. Mr. Cruz was released from the Bureau of Prisons on May 5, 2000, however, his supervised release was tolled due to a detainer in a local criminal case. His term of supervised release commenced on March 30, 2006 and is scheduled to expire on March 29, 2009.

      Mr. Cruz's has complied with all conditions and instructions imposed on him thus far. He paid his $100 special assessment fee on December 30, 2006. Mr. Cruz receives retirement income from the Government of Guam. In addition, on March 30, 2006, Mr. Cruz was released on a three year parole term in Superior Court of Guam Criminal Case Number CF119-90. On April 3, 1992, a jury found him guilty of one count of Tampering with Public Records, one count of Conspiracy to Commit Theft, three counts of Tampering with a Public Record, and one count of Official Misconduct. On September 2, 1992, he was sentenced to five years imprisonment for Conspiracy to Commit Theft and three years imprisonment for each count of Tampering with a Public Record, to be served concurrently to each other, but consecutive to the five year sentence. Mr. Cruz was ordered to pay a

SPECIAL REPORT
Request for Early Termination from Supervised Release
Re:    CRUZ, Joseph B.
Criminal Case No. 93-00020-001
March 13, 2008
Page 2


$5,000 fine. Mr. Cruz is serving a three year term of unsupervised parole concurrent to his U.S. District Court case. In addition to compliance with his conditions of probation, he has shown stable community reintegration and has had no recent record of arrests or convictions. There are no identifiable risks to the safety of any individual or to the public.

On June 8, 2006, Mr. Cruz's supervision was transferred to the District of Oregon. On February 8, 2008, Senior U.S. Probation Officer Russell Scharn sent a letter to this Officer requesting that Mr. Cruz's case be terminated due to good conduct with his supervised release requirements, to assist in the care of his daughter's cancer treatment, and because he has not incurred any violations. On March 29, 2007, he completed his second year of supervised release ordered by the Court. First Assistant United States Attorney Jeffrey Strand has no objections to the request.

In light of the above information, this Officer respectfully requests early termination by the court, pursuant to Title 18 U.S.C. §3564(c), as such action is warranted by Mr. Cruz's compliance with his conditions of supervised release and is in the interest of justice.

RESPECTFULLY submitted this 13th day of March 2008.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:    /s/ JOHN W. SAN NICOLAS II
       U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    AUSA
       Defense Counsel
       File