| PROB 35 (3/07) | **Report and Order Terminating Supervised Release<br>Prior to Original Expiration Date** |
|---|---|

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO.   93-00020-001

JOSEPH B. CRUZ

On March 30, 2006, Joseph B. Cruz began a three year term of supervised release. He has complied with the orders of the Court and the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that Mr. Cruz be discharged from supervision.

Respectfully submitted,



/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:



/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   AUSA
       Defense Counsel
       File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Mar 20, 2008